THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. EDWARD L. BUFFINGTON, JR., Respondent.—

Present — Del Vecchio, J. P., Marsh, Witmer, Moule and Henry, JJ.